ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of - | ) |
| | ) |
| MPG West | ) ASBCA Nos. 61100-ADR, 61560-ADR |
| | ) 61570-ADR |
| | ) |
| Under Contract No. HDEC09-15-D-0002 | ) |

APPEARANCES FOR THE APPELLANT:     Yuki Haraguchi, Esq.
                                     Homes Pittman & Haraguchi, LLP
                                     Greensboro, MD

                                     J. Travis Pittman, Esq.
                                     Homes Pittman & Haraguchi, LLP
                                     Chester, MD

APPEARANCES FOR THE GOVERNMENT:    Jessica Delgado-Western, Esq.
                                     Deputy General Counsel
                                     Lance H. Locke, Esq.
                                     Mark W. Barnard, Esq.
                                     Trial Attorneys
                                     Defense Commissary Agency
                                     Fort Gregg-Adams, VA

ORDER OF DISMISSAL

As the result of Alternative Dispute Resolution proceedings held at the Board's offices on June 2-3, 2026, the dispute has been settled. The appeals are dismissed with prejudice.

Dated: July 24, 2026

_____
LAURA J. ARNETT
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 61100-ADR, 61560-ADR, 61570-ADR, Appeals of MPG West, rendered in conformance with the Board's Charter.

Dated: July 24, 2026

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals